DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA and <br> PEOPLE OF THE VIRGIN ISLANDS <br> v. <br> PAUL GIRARD <br>                 Defendant. | Criminal Action No. 2014/0040-01 <br><br> Charges:[1] |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant as to Count One – Possession of Prison Contraband (Cellular Phones and Chargers), Count Three – Possession of Prison Contraband (Knife), Count Eight – Possession of Prison Contraband (Cellular Phone), and Count Twelve – Possession of Prison Contraband (Shank (homemade knife)) of the Second Superseding Indictment, is accepted and the Defendant is adjudged guilty of such offenses. A sentencing hearing will be scheduled and conducted pursuant to separate notice.

**SO ORDERED.**

Date: February 19, 2015

                                                  WILMA A. LEWIS
                                                  CHIEF JUDGE

---

[1] Count One – Possession of Prison Contraband; Count Two – Promoting Dangerous Prison Contraband; Count Three – Possession of Prison Contraband; Count Four – Possession of Prison Contraband; Count Five – Promoting Dangerous Prison Contraband; Count Six – Possession of Prison Contraband; Count Seven – Possession of Marijuana with Intent to Distribute; Count Eight – Possession of Prison Contraband; Count Nine – Promoting Dangerous Prison Contraband; Count Ten – Possession of Prison Contraband; Count Eleven – Simple Possession of Marijuana; Count Twelve – Possession of Prison Contraband; Count Thirteen – Possession of Prison Contraband; Count Fourteen – Promoting Dangerous Prison Contraband; Count Fifteen – Simple Possession of Marijuana.